THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00275-MR

| | |
|---|---|
| PHILIP MARK ROBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court the Plaintiff's motion for the admission of attorney Karl E. Osterhout as counsel *pro hac vice*. [Doc. 2]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 2] is **ALLOWED**, and Karl E. Osterhout is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk.

**IT IS SO ORDERED**.

Signed: August 19, 2016

Martin Reidinger
United States District Judge